JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
I-CHE LAI, ESQ.
Nevada Bar No. 12247
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorneys for Defendants*
*MGM Resorts International Operations, Inc., Michael Cummings, and Robert Cook*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL RIVAS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL OPERATIONS, INC., a business entity; MGM OPERATIONS INC., a business entity; MICHAEL CUMMINGS an individual; and ROBERT COOK an individual; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No. 2:26-cv-02503-ART-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

Pursuant to LR IA 6-1 and IA 6-2, Plaintiff Paul Rivas and Defendants MGM Resorts International Operations, Inc. and Michael Cummings (collectively “Defendants”), by and through their respective undersigned counsel, hereby stipulate to extend the deadline for Defendants to respond to the Second Amended Complaint to **August 26, 2026**. This is the first stipulation for extension of such deadline.

This Stipulation is submitted and based upon the following:

1. On July 29, 2026, Plaintiff filed the Second Amended Complaint naming MGM Resorts International Operations, Inc.; MGM Operations, Inc.; Michael Cummings; and Robert Cook as Defendants. To date, MGM Operations, Inc. has not been served.

2. On August 12, 2026, Defendants removed this case to this Court.

3. Good cause warrants the stipulated extension. Counsel for Defendants needs additional time to evaluate the claims alleged by Plaintiff for the first time in this case, specifically the claims for violation of the Family and Medical Leave Act and for invasion of privacy. An extension to **August 26, 2026**, accommodates the additional time needed for evaluation and is therefore reasonable.

4. This request is made in good faith and not for the purpose of delay.

In stipulating to the extension, the parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have. *See Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

Dated: August 19, 2026

HATFIELD & ASSOCIATES, LTD

*/s/Trevor J. Hatfield*
Trevor J. Hatfield
703 South Eighth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
*Paul Rivas*

JACKSON LEWIS P.C.

*/s/I-Che Lai*
Joshua A. Sliker
I-Che Lai
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*MGM Resorts International Operations, Inc., Michael Cummings, and Robert Cook*

**ORDER**

IT IS SO ORDERED:

United States Magistrate Judge

Dated: 8-20-26

4924-7245-5881, v. 1