**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAUL RIVAS, an individual;

Plaintiff,

vs.

MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Business Entity; MGM OPERATIONS, INC., a Business Entity; MICHAEL CUMMINGS, an individual; and ROBERT COOK, an individual; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;

Defendants.

]

Case No. 2:26-cv-02503-ART-MDC

**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF #55) (First Request)**

COMES NOW, Plaintiff PAUL RIVAS (hereinafter "Plaintiff"), and Defendants MGM RESORTS INTERNATIONAL OPERATIONS, INC., MGM OPERATIONS, INC., MICHAEL CUMMINGS, and ROBERT COOK (hereinafter "Defendants"), by and through their respective undersigned counsel, hereby stipulate to extend the deadline for Plaintiff to respond to Defendant's Motion to Dismiss (ECF #10), due on September 24, 2026 to November 30, 2026. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss.

///

///

Good cause exists for this extension. Plaintiff has filed a Motion to Remand (ECF #12), this case to state court. If the Motion to Remand is granted this court will lose jurisdiction of this case. The Parties believe that the Motion to Remand should be heard and decided before the Motion to Dismiss because if the Motion to Remand is granted the state court will then have jurisdiction.

Defendant's counsel has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including November 30, 2026 to provide ample time for the court to have heard and decided the Motion to Remand.

**IT IS SO STIPULATED.**

Dated: September 24, 2026

**HATFIELD & ASSOCIATES**

*/s/ Trevor J. Hatfield*
By:______________________________
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated: September 24, 2026

**JACKSON LEWIS P.C.**

*/s/ I-Che Lai*
By:______________________________
Joshua A. Sliker
I-Che Lai
300 South Fourth Street, Suite 900 Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

DATED this 25th day of September 2026.

______________________________
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I certify that I electronically filed the foregoing STIPULATION with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated September 24, 2026

By: */s/ Freda P. Brazier*
An employee of Hatfield & Associates, Ltd.