JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*
*MGM Resorts International Operations, Inc.,*
*Michael Cummings, and Robert Cook*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL RIVAS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL OPERATIONS, INC., a business entity; MGM OPERATIONS INC., a business entity; MICHAEL CUMMINGS an individual; and ROBERT COOK an individual; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No.: 2:26-cv-02503-ART-MDC<br><br>**DEFENDANTS MGM RESORTS INTERNATIONAL OPERATIONS, INC., MICHAEL CUMMINGS, AND ROBERT COOK'S MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendants MGM Resorts International Operations, Inc. ("MGMRIO"), Michael Cummings ("Cummings"), and Robert Cook ("Cook") (collectively "Defendants")[1], by and through their counsel, the law firm of Jackson Lewis P.C., move for a brief extension of time to complete their response to Plaintiff's Second Amended Complaint (ECF No. 1-6) to August 28, 2026. This is Defendants' First Motion for an Extension of Time. The Parties previously stipulated to allow Defendants to August 26, 2026 to file their response.

Fed. R. Civ. P. 6(b)(1) provides that when an act must be done within a specified time, the

[1] MGM Operations, Inc. does not appear to exist, and in any event, has not been served with the Summons and an operative complaint.

Court "may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ."[1] "Good cause" is not a rigorous or high standard, and courts have construed the test broadly. *Ahanchion v. Kenan Pictures*, 624 F.3d 1253 (9th Cir. 2010). Rule 6(b) "[is] to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Rodgers v. Watt*, 722 F.2d 456, 459 (9th Cir. 1983); *Wong v. Regents of the Univ. of Calif.*, 410 F.3d 1052, 1060 (9th Cir. 2005) ("Of course, courts should not mindlessly enforce deadlines."). Indeed, the "good cause" standard "primarily considers the diligence of the party seeking the amendment." *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir. 2013). In general, an application for extension of time under Rule 6(b)(1)(A) will be granted in the absence of bad faith. *Ahanchion*, 624 F.3d at 1259 (quoting 4B CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 1165 (3d ed. 2004)) (internal quotations omitted).

Here, there is good cause to extend the time for Defendants to file their response to Plaintiff's Second Amended Complaint to August 28, 2026. Defendants' counsel has been working diligently to finalize Defendants' response, but has not been able to finish in time to file by the current deadline of August 26, 2026 due handling work in other matters, which has delayed completion.

Accordingly, Defendants request that the time to submit their response to Plaintiff's Second Amended Complaint be extended to August 28, 2026. This request is submitted in good faith and not for the purposes of delay.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
I-CHE LAI, ESQ.
Nevada Bar No. 12247
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*MGM Resorts International Operations, Inc., Michael Cummings, and Robert Cook*

**ORDER**

IT IS SO ORDERED: The Motion is GRANTED nunc pro tunc

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

Dated: 9-24-26