TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL RIVAS, an individual;<br><br>Plaintiff,<br>vs.<br><br>MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Business Entity; MGM OPERATIONS, INC., a Business Entity; MICHAEL CUMMINGS, an individual; and ROBERT COOK, an individual; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No. 2:26-cv-02503-ART-MDC<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR PLAINTIFF TO EXTEND TIME TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND (ECF #15) (First Request)** |

COMES NOW, Plaintiff PAUL RIVAS (hereinafter "Plaintiff"), and Defendants MGM RESORTS INTERNATIONAL OPERATIONS, INC., MGM OPERATIONS, INC., MICHAEL CUMMINGS, and ROBERT COOK (hereinafter "Defendants"), by and through their respective undersigned counsel, hereby stipulate to extend the deadline for Plaintiff to reply to Defendant's opposition to Plaintiff' Motion to Remand (ECF #15), due on October 1, 2026 to October 9, 2026 2026. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to reply to Defendant's response.

///

Good cause exists for this extension. Plaintiff's counsel has yet to discuss the response with co-counsel and Plaintiff.

Defendant's counsel has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff requests to have up to and including October 9, 2026 to file a reply.

**IT IS SO STIPULATED.**

Dated: October 1, 2026

**HATFIELD & ASSOCIATES**

*/s/ Trevor J. Hatfield*
By:______________________________
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated: October1, 2026

**JACKSON LEWIS P.C.**

*/s/ I-Che Lai*
By:______________________________
Joshua A. Sliker
I-Che Lai
300 South Fourth Street, Suite 900 Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

DATED this 2nd day of October, 2026.

______________________________
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE